# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| HENRY AKINS II, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:19-cv-00134-P-BP |
| THE KROGER CO., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 27) and Plaintiff's Objections thereto (ECF No. 28).

The Court has liberally construed Plaintiff's objections in light of Plaintiff's pro se status. Following a de novo review, the Court **OVERRULES** the Objections, as none of the Objections alter the Magistrate Judge's finding and conclusion that Plaintiff failed to properly serve the named defendant under Rule 4(c)(1). FED. R. CIV. P. 4(c)(1).

After conducting a de novo review of all relevant matters of record in this case and the applicable law, the Court determines that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, this matter is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and the case is **DISMISSED without prejudice.**

**SO ORDERED** on this **1st day** of **October, 2019**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE